**THE LAW OFFICE *of* CHRISTOPHER Q. DAVIS**

**WORKING SOLUTIONS NYC**

May 1, 2017

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

   Re: *Hartley, et al. v. Wells Fargo & Company, et al.*, **Case No. 2:14-cv-05169**

Dear Judge Azrack:

  We represent the Plaintiffs in the above-referenced matter. We write jointly with Defendants' counsel to provide a status update on the above referenced matter.

  The time period for Class Members who received emailed notices pursuant to the terms of the Settlement Agreement to submit a claim form and/or request for exclusion expired on Monday, April 24, 2017. To date, the Claims Administrator has not received a claim form or request for exclusion from any of these 14 individuals. As such, the parties respectfully request that the Court grant final approval for the settlement and enter judgment.

  Should the Court have any questions please do not hesitate to contact the undersigned.

           Respectfully submitted,

        By: ___*/s/ Christopher Q. Davis*_____
           Christopher Q. Davis
           THE LAW OFFICE OF
           CHRISTOPHER Q. DAVIS
           *Attorneys for Plaintiffs*

        By: ___*/s/ Malcolm A. Heinicke*_____
           Malcolm A. Heinicke
           MUNGER, TOLLES & OLSON
           *Attorneys for Defendants*