**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHELLE F. HARTLEY, STEVEN TOMLINSON, individually and on behalf of all others similarly situated, and MARIA DEGENNERO,<br><br>   Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY; WACHOVIA SECURITIES FINANCIAL HOLDINGS, LLC; and WELLS FARGO ADVISORS, LLC, as successor in interest to Wachovia Securities, LLC,<br><br>   Defendants. | Civil Action No. 14-cv-5169<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT** |

Having considered the Stipulation Re: Settlement of Class Action ("Stipulation") and all other materials properly before the Court and having conducted an inquiry pursuant to the Federal Rules of Civil Procedure, Rule 23, the Court finds that the Stipulation is fair and reasonable, and it is approved, including the award of attorney fees and allowable litigation costs and expenses in the amount of $1,340,000.00.  The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Stipulation.  Wells Fargo Advisors, LLC, itself or through the Claims Administrator, shall deliver the payments to the Participating Claimants, the Named Plaintiffs, and Class Counsel as provided for in the Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/30/2017        /s/ (JMA)

The Honorable Joan M. Azrack
United States District Judge